DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOYCE NDIMBIE,**
Appellant,

v.

**SOUTHWEST HAMMOCKS LLLP,**
Appellee.

No. 4D2025-1391

[June 11, 2026]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Daniel Joseph Kanner, Judge; L.T. Case No. 062025CC010435AXXXCE.

Joyce Ndimbie, Fort Lauderdale, pro se.

Kirk Dennison De Leon of De Leon & De Leon, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and FORST, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***